UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RAMON LOVELL CALDWELL,

        Plaintiff,                                    Case No. 1:24-cv-11178

v.                                               Honorable Thomas L. Ludington
                                                    United States District Judge

PAUL SCHREIBER, et al.

        Defendants.
_____/

**JUDGMENT**

In accordance with the Opinion & Order issued today:

It is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED.**

Further, it is **ORDERED** that Plaintiff's ability to proceed *in forma* pauperis on appeal is **DENIED.**

**This is a final order and closes the above-captioned case.**

Dated: May 27, 2025                                    s/Thomas L. Ludington
                                                     THOMAS L. LUDINGTON
                                                     United States District Judge